DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 383P13 | State v. Ca'Sey Rafeal Tyler | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-573) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 390P13 | Tiffany N. Tobe-Williams v. New Hanover County Board of Education; a/k/a New Hanover County Schools | 1. Motion for Temporary Stay (COA13-679) | 1. Denied **09/10/13** |
| | | 2. Respondent's Petition for *Writ of Supersedeas* | 2. Denied |
| 400P13 | State v. Baswell Leon Francis | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1464) | Dismissed |
| 407P13 | State v. Shawn Germaine Fraley | 1. Def's NOA Upon Constitutional Question (COA13-69) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismissed Appeal | 3. Allowed |
| 409P13 | State v. Nicholas Jeffries | 1. Def's *Pro Se* Motion for Violation of Court Orders | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Immediate Dismissed and Release | 2. Dismissed |
| 412P13 | Henry Clifford Byrd, Sr. v. Sheriff of Forsyth County and Warden of Forsyth County Detention Center | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/13/13** |
| 415PA12 | Tyndall v. Ford Motor Company, et al | 1. Motion for Admission of Jessica M. Agnelly *Pro Hac Vice* | 1. Allowed |
| | | 2. Motion for Admission of J. Kent Emison *Pro Hac Vice* | 2. Allowed **Beasley, J., Recused** |